ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Electro Movers Construction Co., Ltd. ) ASBCA No. 60672
)
Under Contract No. H92237-11-C-0804 )

APPEARANCE FOR THE APPELLANT: Mr. Ahmad F. Anbizada
President

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Anna F. Kurtz, Esq.
Trial Attorney

ORDER OF DISMISSAL

By Order dated 18 July 2016, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response, appellant has indicated that it desires to submit its claim to the contracting officer for a decision. The government has provided appellant with the contact information for the cognizant contracting officer. By Order dated 23 August 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 8 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60672, Appeal of Electro Movers Construction Co., Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals